No. 00–5525.  VALDIVIA-SAINZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5526.  DOWS *v.* WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 00–5527.  BURGOS, AKA GALLO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–5528.  ACOSTA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5530.  ALVARADO-AGUILAR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5534.  FOSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5535.  GARRETT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–5536.  RASHID *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–5537.  SCHELL *v.* RICHARDS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5538.  ROYER *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 00–5541.  ALMANZAR *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–5542.  APONTE-VELAZQUEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–5544.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5545.  ROSAS LEON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5546.  MAGOON *v.* BARNETT ET AL.  C. A. 5th Cir.  Certiorari denied.